IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM BOUCHILLON, | ) |
| | ) |
| Plaintiff, | ) Case No. 08-1103 |
| | ) |
| | ) ~~Judge Nixon~~ |
| v. | ) Magistrate Judge Brown |
| | ) |
| CHASE HOME FINANCE LLC, | ) |
| | ) |
| Defendant. | ) |

## AGREED ORDER OF COMPROMISE AND DISMISSAL

It appearing to the Court, as evidenced by the signatures of counsel hereon, that all matters in controversy between Plaintiff, William Bouchillon and Defendant, Chase Home Finance, LLC, have been compromised and settled, it is therefore

ORDERED that this matter is dismissed with prejudice. Court costs shall be paid by Chase Home Finance, LLC, and each party shall bear their own discretionary costs.

ENTERED THIS 26 day of April, 2010.

_____
U.S. Magistrate Judge Brown